UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 96-6784

_____

MICHAEL T. WATKINS,

Plaintiff - Appellant,

versus

MARGARET MOORE, Director, District of Columbia
Department of Corrections; DICK TRODDEN,
Supervisor, Commonwealth Attorney; J. J.
CONAHAN, Arlington Police,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-95-971)

_____

Submitted: July 23, 1996      Decided: August 6, 1996

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael T. Watkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's memorandum order directing Appellant to particularize his complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED